In re St. Tammany Par. Hosp. Serv. Dist. # 1 d/b/a; St. Tammany Par. Hosp.; St. Tammany Par. Hosp. Serv. dist. # 2 d/b/a; Slidell Memorial Hosp.; Hospital Service Dist. # 2 of St. Mary Par. d/b/a; Lakewood Medical Ctr. Corp.; — Defendants; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court, Div. E, No. 99-9855; to the *812 Court of Appeal, Fourth Circuit, No. 2001-C-0302.
Denied.
VICTORY, J., would grant the writ.